IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. THOMAS, | No. C 09-03451 SBA (PR) |
| Petitioner, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| J. WALKER, Warden, | |
| Respondent. | |

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an in forma pauperis (IFP) application; however, he did not file copies of the Certificate of Funds and prisoner trust account statement.

On November 10, 2009, the Court issued an "Order Regarding in Forma Pauperis Motion." The Court directed Petitioner to either pay the $ 5.00 filing fee or submit copies of the Certificate of Funds and prisoner trust account statement within thirty days or his action would be dismissed.

More than thirty days have passed, and Petitioner has not paid the filing fee or submitted copies of the Certificate of Funds and prisoner trust account statement. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 2/1/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.09\Thomas3451.Dis-IFP.wpd

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |
| 6 | JAMES E. THOMAS, | Case Number: CV09-03451 SBA |
| 7 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 8 | v. | |
| 9 | J. WALKER et al, | |
| 10 | Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Thomas F-21197
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Dated: February 3, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.09\Thomas3451.Dis-IFP.wpd 2