IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES E. THOMAS,

        Petitioner,

  v.

J. WALKER, Warden,

        Respondent.

                                 /

No. C 09-03451 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner has filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an <u>in forma pauperis</u> (IFP) application; however, he did not file copies of the Certificate of Funds and prisoner trust account statement.

On November 10, 2009, the Court issued an "Order Regarding in Forma Pauperis Motion." The Court directed Petitioner to either pay the $ 5.00 filing fee or submit copies of the Certificate of Funds and prisoner trust account statement within thirty days or his action would be dismissed.

More than thirty days have passed, and Petitioner has not paid the filing fee or submitted copies of the Certificate of Funds and prisoner trust account statement. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 2/1/10

                                           _____
                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\HC.09\Thomas3451.Dis-IFP.wpd

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT

2    FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    JAMES E. THOMAS,                                 Case Number: CV09-03451 SBA

7              Plaintiff,                             **CERTIFICATE OF SERVICE**

8       v.

9    J. WALKER et al,

10             Defendant.
                                           /

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

13
     That on February 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15   located in the Clerk's office.

16

17
     James E. Thomas F-21197
18   California State Prison - Sacramento
     P.O. Box 290066
19   Represa, CA 95671-0066

20   Dated: February 3, 2010
                                           Richard W. Wieking, Clerk
21                                         By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

     P:\PRO-SE\SBA\HC.09\Thomas3451.Dis-IFP.wpd        2